448 A.2d 1187

Commonwealth v. Little, Jr., Appellant.

 Submitted May 4, 1982. Paul S. Herzberg, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Order affirmed.